UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

ROY HENDRICKS  
* Debtor(s)

Case Number: **5-21-00169**  
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: September 3, 2021

SIGNED: _Lisa Manchak_

TITLE: __/s/Legal Assistant__

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Roy A. Hendricks,<br>aka Roy Hendricks, aka Roy A Hendricks Jr., | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−00169−MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 2, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: September 2, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

orcnfpln(05/18)

| | | |
|---|---|---|
| CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing by its<br>servicing agent for M&T Bank<br>c/o Schiller Knapp Lefkowitz<br>& Hertzel LLP<br>15 Cornell Rd.<br>Latham, NY 12110-1490 | Lakeview Loan Servicing by its<br>servicing agent for M&T Bank<br>c/o Schiller Knapp Lefkowitz<br>& Hertzel LLP<br>PO Box 840<br>Buffalo, NY 14240-0840 |
| M&T Bank<br>Legal Document Processing<br>626 Commerce Dr.<br>Amherst, NY<br>14228-2307 | Martin A Mooney<br>Schiller, Knapp, Lefkowitz, & Hertzel LLP<br>950 New Loudon Rd.<br>Ste 109<br>Latham, NY 12110-2182 | PA Dept. of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |
| United States Trustee<br>228 Walnut St., Ste. 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American Infosource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Verizon Wireless<br>250 James St.<br>Morristown, NJ 07960-6410 |
| Jack N. Zaharopoulos<br>Attn: Ch. 13 Trustee<br>8125 Adams Dr., Ste A<br>Hummelstown, PA 17036-8625 | | |