**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  Roy A. Hendricks aka
Roy Hendricks aka Roy A Hendricks, Jr.
                                     Debtor(s)

_____

Lakeview Loan Servicing, LLC
                                     Movant
            vs.

Roy A. Hendricks aka Roy Hendricks aka
Roy A Hendricks, Jr.
                                     Debtor(s)

and Jack N. Zaharopoulos
                                     Trustee

Chapter 13

Case No. 21-bk-00169-MJC

11 U.S.C. Section 362

## ORDER

Upon consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on April 26, 2022, Dkt. # 71, it is **ORDERED AND DECREED** that:

The Automatic Stay of all proceedings as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 7111 Birch Tree Lane, Swiftwater, PA 18370 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 20, 2023