# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 6/20/2023 |
| Case: 5:21–bk–00169–MJC | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Brian Nicholas | bnicholas@kmllawgroup.com |
| aty | Tullio DeLuca | tullio.deluca@verizon.net |

TOTAL: 3