IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roy A. Hendricks aka Roy Hendricks aka Roy A Hendricks, Jr.<br>          Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>          Movant<br>vs.<br><br>Roy A. Hendricks aka Roy Hendricks aka Roy A Hendricks, Jr.<br>          Debtor(s)<br><br>Jack N. Zaharopoulos,<br>          Trustee | BK NO. 21-00169 MJC<br><br>Chapter 13<br><br>Related to Claim No. 3-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Roy A. Hendricks aka Roy Hendricks aka Roy A Hendricks, Jr.
7111 Birch Tree Lane
Swiftwater, PA 18370

<u>Attorney for Debtor(s)</u>
Tullio DeLuca, Esq.
381 N. 9th Street (VIA ECF)
Scranton, PA 18504

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>August 9, 2022</u>

                                                **/s/Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                215-825-6327
                                                rsolarz@kmllawgroup.com